Opinion by LAWRENCE, J.  The official papers disclosing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930 (19 U.S.C. § 1514).

BEFORE THE FIRST DIVISION, MARCH 23, 1964

**No. 68359.**—Verona Dyestuffs *v.* United States, protest 63/7894 (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise is a product chiefly used as an assistant in preparing or finishing textiles and is similar in all material respects to that the subject of Abstract 66022, the claim of the plaintiff was sustained.

**No. 68360.**—Starer Display Company *v.* United States, protests 63/5562 and 63/5563 (Milwaukee).

Opinion by WILSON, J.  Following *Champion Coated Paper Co.* v. *United States* (24 CCPA 83, T.D. 48411), the protests were dismissed.

BEFORE THE SECOND DIVISION, MARCH 23, 1964

**No. 68361.**—Max Mayer & Co., Inc. *v.* United States, protests 60/9789 and 60/8628 (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of nylon gloves and mittens similar in use to cotton gloves and mittens and that the issues are the same in all material respects as those in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.

**No. 68362.**—All World Trading & Import Co. et al. *v.* United States, protests 61/19530(C), etc. (New York).

Opinion by Ford, J.  In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.

No. 68363.—Standard Commodities Import & Export Corp., et al. v. United States, protests 62/10571, etc. (Los Angeles).

Opinion by Ford, J.  In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MARCH 25, 1964

No. 68364.—General Chain & Belt Co. et al. v. United States, protests 263302–K, etc. (New York).

Opinion by Lawrence, J.  In accordance with stipulation of counsel that the merchandise consists of steel conveyor chains or parts thereof, valued at 40 cents or more per pound, and that they either are of more than 2-inch pitch or are not over 2-inch pitch, but contain over three parts per pitch, similar in all material respects to those the subject of *General Chain & Belt Co.* v. *United States* (42 Cust. Ct. 115, C.D. 2074), the claim of the plaintiffs was sustained.

No. 68365.—A. N. Deringer, Inc. v. United States, protests 62/11998, etc. (Ogdensburg).